[No. 26653-5-I.   Division One.   November 30, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES LEON ARCHIE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-06117-8, Jim Bates, J., entered May 10,

1990. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Baker and Agid, JJ.